UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ERNEST CALVINO

20-CV-756; 20-CV-757; 20-CV-759;
20-CV-871; 20-CV-931 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On January 10, 2020, the Court ordered Plaintiff to show cause why he should not be barred as of that date, from filing any further actions in this Court *in forma pauperis* (IFP) without first obtaining permission from this Court to file his complaint. *See Calvino v. Fauto L.*, ECF 1:19-CV-11958, 4 (S.D.N.Y. Jan. 10, 2020). Plaintiff did not respond to the order, and on February 11, 2020, the Court barred him, as of January 10, 2020, from filing any new action IFP without first obtaining from the Court leave to file. *See* ECF 1:19-CV-11958, 5.

Plaintiff filed these new *pro se* cases after January 10, 2020, seeks IFP status, and has not sought leave from the Court. These actions are therefore dismissed without prejudice for Plaintiff's failure to comply with the February 11, 2020 order.

## CONCLUSION

This action is dismissed without prejudice for Plaintiff's failure to comply with the February 11, 2020 order in *Calvino v. Fauto L.*, ECF 1:19-CV-11958, 4 (S.D.N.Y. Jan. 10, 2020).

The Clerk of Court is directed to mail a copy of this order to Plaintiff, noting service on the docket. The Clerk of Court is further directed to docket this order in all the cases listed above.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 19, 2020
            New York, New York

COLLEEN McMAHON
Chief United States District Judge